UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                Case No.  06-cr-64-01-SM

Dennis B. Hammons

## O R D E R

Defendant Hammons' motion to continue the final pretrial conference and trial is granted (document 26).   Trial has been rescheduled for the July 2007 trial period.   Defendant Hammons shall file a waiver of speedy trial rights not later than July 13, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August 27, 2007 at 2:00 p.m.

**Jury Selection**:  September 5, 2007 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

June 29, 2007

cc: David W. Ruoff, Esq.
David Vicinanzo, Esq.
Alfred Rubega, AUSA
US Probation
US Marshal